UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Robert Kirsch |
| v. | Crim. No. 26-CR-429 |
| JOHN DOE | **ORDER TO SEAL PROCEEDINGS TO BE FILED PUBLICLY** |

This matter having come before the Court on the application of the United States for an order (1) captioning this matter *United States v. John Doe* until further order of the Court, and (2) sealing portions of the corresponding docket, and for good cause shown,

IT IS THE FINDING OF THIS COURT that:

1. The United States has made a motion to caption this matter *United State v. John Doe*, and to seal portions of the corresponding docket, and for other related relief;

2. The United States has presented legal and factual arguments in support of the motion;

3. The Court, pursuant to legal precedent and the Local Rules of Procedure, will give notice to the public and press about the motion and an opportunity, if sought, to be heard on the motion; and

4. While the motion is outstanding, the Court does not want to prejudice the interests set forth in the motion filed by the United States.

WHEREFORE, it is on this 10th day of September, 2026,

ORDERED that the Clerk of the Court shall caption this matter "*United States v. John Doe*" pending further proceedings; and it is further

ORDERED that all ECF filings in this matter shall be temporarily sealed, while the motion is being considered; and it is further

ORDERED that the unredacted case opening letter, unredacted Letter Brief in Support of the Motion, the unredacted Affidavit of Special Agent Adam Rodriguez, and the unredacted Proposed Order shall be filed under seal in this matter until otherwise ordered by the Court; and it is further

ORDERED that, upon approval by the Court, the redacted case opening letter, the Notice of Motion, redacted Letter Brief in Support of the Motion, the redacted Affidavit of Special Agent Adam Rodriguez, this Order, and the redacted Proposed Order be filed publicly in this matter on the ECF system; and it is further

ORDERED that the Clerk's Office shall enter "Sealed Document" for each document filed under seal in this matter; and it is further

ORDERED that this motion shall be decided on the papers on September 30, 2026; and it is further

ORDERED that any party seeking to intervene shall file their motion to intervene, the brief in support of their motion, and their substantive brief on or before September 23, 2026.

HONORABLE Robert Kirsch
United States District Judge